*Messrs. Venezia, Nolan & Rebeck* for the petitioner.

*Mr. Norman Robbins* and *Mr. Edmund Vitale, Jr.* for the respondent.

September 19, 1967. Denied.

ZENON E. DAWIDOWICZ, PLAINTIFF-RESPONDENT, v. STEPHEN MUZYKA, DEFENDANT-RESPONDENT AND POLISH FALCONS OF AMERICA, FIRST DISTRICT, *ETC.*, DEFENDANTS-PETITIONERS.

*Messrs. DeSevo & Cerutti* for the petitioner.

*Messrs. Sheehy & Sheehy* for the plaintiff-respondent.

September 19, 1967. Denied.

MARGUERITE F. FLECKENSTEIN, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. TOWNSHIP OF WEEHAWKEN, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Moser, Roveto & McGough* for the petitioners.

*Messrs. Milton, Keane & DeBona* for the respondents.

September 19, 1967. Denied.